UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 0:21-cv-61856-RAR

**INDIANA ALEMAN,**

       **Plaintiff,**
  v.

**RESURGENT CAPITAL SERVICES, L.P.,**

       **Defendant.**
_____/

## REMOVAL STATUS REPORT

Prior to the consolidation of the *Ana Rodriguez v. Resurgent Capital Services, L.P.* matter, Judge Moreno entered a Notice of Court Practice in Removal Cases, requiring Defendant to file a removal status report on or before November 12, 2021. *Case No. 21-23763-CIV-MORENO,* D.E. 7. As such, Defendant Resurgent Capital Services, L.P. respectfully submits this Removal Status Report pursuant to Judge Moreno's previous Order for the *Ana Rodriguez v. Resurgent Capital Services, L.P.* matter.

    (1)    A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim made in state or federal court, including the amount of damages claimed and any other relief sought.

Plaintiff Ana Rodriguez alleges Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72(5), by allegedly communicating with third parties without Plaintiff's consent. Plaintiff seeks actual and statutory damages as provided by both the FDCPA and FCCPA, as well as attorney's fees and costs. Plaintiff also seeks injunctive relief under the FCCPA.

    (2)    A plain statement of the grounds for removal and a list of all parties to the action, including parties to any third-party claim.

1

Defendant removed this case pursuant to 28 U.S.C. § 1331, which states that district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States. In this case, Plaintiff alleges Defendant violated a federal statute (the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*). D.E. 1-1.

(3)     *A list of all pending motions.*

None.

(4)     *A brief statement by each Defendant explaining whether or not each has jointed the notice of Removal.*

Not applicable.

(5)     *State whether the Defendant has removed the action within thirty (30) days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.*

Defendant received service of process of the original state court proceeding on October 4, 2021, and timely removed this case on October 25, 2021.

          Respectfully submitted,

          **MESSER STRICKLER, LTD.**

By:    */s/ John M. Marees*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES, II, ESQUIRE
        FL Bar No. 0069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendant*

Dated: November 11, 2021

## CERTIFICATE OF SERVICE

I certify that on November 11, 2021, a true copy of the foregoing document was served as follows:

*Via CM/ECF*
Jibrael Hindi, Esq.
Thomas Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiff*

                        **MESSER STRICKLER, LTD.**

By:    */s/ John M. Marees*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES, II, ESQUIRE
        FL Bar No. 0069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendant*

Dated: November 11, 2021