UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61856-RAR

**INDIANA ALEMAN,** *et al.*,

    Plaintiffs,

v.

**RESURGENT CAPITAL SERVICES**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Barbara Locke on **January 22, 2022 at 10:00 a.m.**  The mediation conference shall take place in person.  Requests to appear virtually by videoconference or other remote means must be made by motion providing good cause.  A report of the mediation must be filed within **seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of November, 2021.

                                                                 _____
                                                                 **RODOLFO A. RUIZ II**
                                                                 **UNITED STATES DISTRICT JUDGE**